**Fill in this information to identify your case:**

United States Bankruptcy Court for the :

District of _NORTHERN_   of _ILLINOIS_
(State)

Case Number *(if known)*: _____

Chapter you are filing under:
- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

## Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Gisela<br>First name<br><br>Middle name<br><br>Espinoza<br>Last name<br><br>Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name<br><br>Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | First name<br><br>Middle name<br><br>Last name<br><br>First name<br><br>Middle name<br><br>Last name | First name<br><br>Middle name<br><br>Last name<br><br>First name<br><br>Middle name<br><br>Last name |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number** | XXX – XX – _5023_<br><br>OR<br><br>**9**xx – xx – ___ ___ ___ ___ | XXX – XX – _____<br><br>OR<br><br>**9**xx – xx – ___ ___ ___ ___ |

Debtor 1    **Gisela** _____ **Espinoza** _____

First Name          Middle Name          Last Name

Case Number (if known) _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

■ I have not used any business names or EINs.

_____
Business name

_____
Business name

__ __ - __ __ __ __ __ __ __
EIN

__ __ - __ __ __ __ __ __ __
EIN

☐ I have not used any business names or EINs.

_____
Business name

_____
Business name

__ __ - __ __ __ __ __ __ __
EIN

__ __ - __ __ __ __ __ __ __
EIN

**5.** **Where you live**

**5711 S California**
_____
Number      Street

_____

**Chicago**              **IL**      **60629**
_____
City              State      ZIP Code

**COOK**
_____
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number      Street

_____
P.O. Box

_____
City              State      ZIP Code

If Debtor 2 lives at a different address:

_____
Number      Street

_____

_____
City              State      ZIP Code

_____
County

**If Debtor 2's mailing address is different from the one above, fill it in here.** Note that the court will send any notices this mailing address.

_____
Number      Street

_____
P.O. Box

_____
City              State      ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy.**

Check one:

■ **Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.**

☐ I have another reason.  Explain.
(See 28 U.S.C. § 1408

_____

_____

_____

Check one:

☐ **Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.**

☐ I have another reason.  Explain.
(See 28 U.S.C. § 1408

_____

_____

_____

| Debtor 1 | Gisela | | Espinoza | Case Number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:     Tell the Court About Your Bankruptcy Case**

| 7. | **The chapter of the Bankruptcy Code you are choosing to file under** | *Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box. |
|---|---|---|

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

| 8. | **How you will pay the fee** | ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address. |
|---|---|---|

☐ **I need to pay the fee in installments**. If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

I request that my fee be waived (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

| 9. | **Have you filed for bankruptcy within the last 8 years?** | ■ No |
|---|---|---|

☐ Yes.  District  None _____  When _____  Case Number _____
MM / DD / YYYY

District  None _____  When _____  Case Number _____
MM / DD / YYYY

District _____  When _____  Case Number _____
MM / DD / YYYY

| 10. | **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business parter, or by affiliate?** | ■ No |
|---|---|---|

☐ Yes.  Debtor _____  Relationship to you _____
District _____  When _____  Case Number, if known _____
MM / DD / YYYY

Debtor _____  Relationship to you _____
District _____  When _____  Case Number, if known _____
MM / DD / YYYY

| 11. | **Do you rent your residence?** | ☐ No.  Go to line 12 |
|---|---|---|
| | | ■ Yes.  Has your landlord obtained an eviction judgment against you and do you want to stay in your residence? |

■ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1    Gisela                                    Espinoza
First Name          Middle Name          Last Name
Case Number *(if known)* _____

**Part 3:**    **Report About Any Businesses You Own as a Sole Proprietor**

12. **Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnerhsip, or LLC.

If you have more than one sole proprietorship, use a separate sheed and attach it to this petition.

■ **No.**    Go to Part 4.

☐ **Yes.**    Name and location of business

_____
Name of business, if any

_____
Number     Street

_____

_____   _____   _____
City                                State    Zip Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

13. **Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ **No.**    I am not filing under Chapter 11.

☐ **No.**    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ **Yes.**    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

**Part 4:**    **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

14. **Do you own or have any property that poses or is alleged to pose a threat of imminent and indentifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ **No.**

☐ **Yes.**    What is the hazard?    _____

_____

If immediate attention is needed, why is it needed?    _____

_____

Where is the property?    _____
                          Number     Street

_____

_____   _____   _____
City                                State    ZIP Code

Debtor 1     **Gisela**        **Espinoza**

First Name        Middle Name        Last Name        Case Number *(if known)* _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    Gisela                                         Espinoza                          Case Number *(if known)* _____

First Name                    Middle Name                    Last Name

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

16. **What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

17. **Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No. I am not filing under Chapter 7. Go to line 18.

■ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No.

☐ Yes.

18. **How many creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

19. **How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ■ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

20. **How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ■ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ /s/ Gisela  Espinoza _____          ✗ _____
Signature of Debtor 1                                          Signature of Debtor 2

Executed on _07/05/2016_____                          Executed on _____
MM / DD / YYYY                                                MM / DD / YYYY

Debtor 1 ___Gisela_____   Case Number *(if known)* _____
First Name   Middle Name   Espinoza
                        Last Name

**For your attorney, if you are represented by one**

**if you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✖ **/s/ David Derrick Lugardo**
_____   Date   **Date:  07/06/2016**
Signature of Attorney for Debtor               _____
                                        MM / DD / YYYY

**David Derrick Lugardo**
_____
Printed name

Geraci Law L.L.C.
_____
Firm name

55 E. Monroe St., #3400
_____
Number    Street

_____

Chicago                              IL        60603
_____   _____   _____
City                                 State    ZIP Code

Contact Phone  312-332-1800               Email address  ndil@geracilaw.com

6256311                              IL
_____   _____
Bar number                           State

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | Gisela | Espinoza |
| | First Name | Middle Name | Last Name |

Debtor 2
(Spouse, if filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the :    NORTHERN    District of    ILLINOIS
(State)

Case Number _____
(If known)

☐ Check if this is an
amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file
your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

|  | **Your assets**<br>Value of what you own |
|---|---:|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*................................................. | $ 0 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* ..................................... | $ 16,170 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* ............................................... | $ 16,170 |

### Part 2:    Summarize Your Liabilities

|  | **Your liabilities**<br>Amount you owe |
|---|---:|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* ............ | $6,091 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ...................................... | $0 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................................... | $20,369 |

### Part 3:    Summarize Your Liabilities

|  |  |
|---|---:|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I* ...................................................... | $3,480.55 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J* ........................................................... | $3,467.00 |

Debtor 1  Gisela                    Espinoza                    Case Number *(if known)* _____
          First Name    Middle Name    Last Name

| EntriesDescription | AssetsAmount | LiabilitiesAmount |
|---|---|---|

**Part 4:**  **Answer These Questions for Administrative and Statistical Records**

6.  **Are you filing for bankruptcy under Chapter 7, 11 or 13?**

☐  No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

☒  Yes

7.  **What kind of debt do you have?**

☒  **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐  **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                    $ 4,125.83

9.  Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| | Total claim |
|---|---|
| **From Part 4 of Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $  0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $  0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $  0.00 |
| 9d. Student loans. (Copy line 6f.) | $  0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $  0.00 |
| 9f.  Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | $  0.00 |
| 9g.  **Total.** Add lines 9a through 9f. | $  0.00 |

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | Gisela _____ Espinoza |
| | First Name    Middle Name    Last Name |
| Debtor 2 | _____ |
| (Spouse, if filing) | First Name    Middle Name    Last Name |

United States Bankruptcy Court for the : __NORTHERN__ District of __ILLINOIS__
(State)

Case Number _____
(if known)

☐ Check if this is an
amended filing

## Official Form 106A/B

## Schedule A/B: Property                                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| **Part 1:** | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

**01. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**
- ■ No.
- ☐ Yes.    Describe.....

2.  Add the dollar value of the portion you own for all of your entries fro Part 1, including any entries for pages
you have attached for Part 1. Write that number here ........................................................... -->                    $0.00

| **Part 2:** | Describe Your Vehicles |
|---|---|

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**03. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
- ■ No.
- ☐ Yes.    Describe.....

**04. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
Examples: Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
- ■ No.
- ☐ Yes.    Describe.....

5.  Add the dollar value of the portion you own for all of your entries fro Part 2, including any entries for pages
you have attached for Part 2. Write that number here ........................................................... -->          | $ 0.00 |

| **Part 3:** | Describe Your Personal and Household Items |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions |
|---|---|

**06. Household goods and furnishings**
Examples: Major appliances, furniture, linens, china, kitchenware
- ☐ No.
- ■ Yes.    Describe.....

| Furniture, linens, small appliances, table & chairs, bedroom set | $750 |

$_____750.00

**07. Electronics**
Examples: Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
- ☐ No.
- ■ Yes.    Describe.....

| Flat screen TV, computer, printer, music collection, cell phone | $900 |

$_____900.00

**08. Collectibles of value**
Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
- ☐ No.
- ■ Yes.    Describe.....

| | |

$_____0.00

**09. Equipment for sports and hobbies**

Examples: Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No.

☐ Yes.   Describe.....

$_____0.00

**10. Firearms**

Examples: Pistols, rifles, shotguns, ammunition, and related equipment

☑ No.

☐ Yes.   Describe.....

$_____0.00

**11. Clothes**

Examples: Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No.

☑ Yes.   Describe.....

| Necessary wearing apparel | $200 |

$_____200.00

**12. Jewelry**

Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No.

☑ Yes.   Describe.....

| Costume jewelry | $70 |

$_____70.00

**13. Non-farm animals**

Examples: Dogs, cats, birds, horses

☐ No.

☑ Yes.   Describe.....

| Dog | $0 |

$_____0.00

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No.

☐ Yes.   Describe.....

$_____0.00

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .................................................................................. -->

| **$1,920.00** |

---

| **Part 4:** | **Describe Your Financial Assets** |

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the portion you own?
Do not deduct secured claims or exemptions

**16. Cash**

Examples: Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No.

☐ Yes.   Describe.....

$_____0.00

**17. Deposits of money**

Examples: Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No.

☑ Yes.   Describe.....   Account Type:        Institution name:

$_____

|                  | Checking Account | Bank of America | $5,075.00 |

$_____10,150.00

**18. Bonds, mutual funds, or publicly traded stocks**

Examples: Bond funds, investment accounts with brokerage firms, money market accounts

☑ No.

☐ Yes.   Describe.....   Institution or issuer name:

$_____0.00

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in**

☑ No.

☐ Yes.   Describe.....   Name of Entity and Percent of Ownership:

$_____0.00

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

■ No.

☐ Yes.    Describe.....    Issuer name:

$ _____ 0.00

**21. Retirement or pension accounts**

Examples: Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

■ No.

☐ Yes.    Describe.....    Type of account and Institution name:

$ _____ 0.00

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

Examples: Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications

■ No.

☐ Yes.    Describe.....    Institution name or individual:

$ _____ 0.00

**23. Annuities (A contract for a periodic payment of money to you, either for life or for a number of years)**

■ No.

☐ Yes.    Describe.....    Issuer name and description:

$ _____ 0.00

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No.

☐ Yes.    Describe.....    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

$ _____ 0.00

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers**

■ No.

☐ Yes.    Describe.....

$ _____ 0.00

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**

Examples: Internet domain names, websites, proceeds from royalties and licensing agreements

■ No.

☐ Yes.    Describe.....

$ _____ 0.00

**27. Licenses, franchises, and other general intangibles**

Examples: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No.

☐ Yes.    Describe.....

$ _____ 0.00

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions |
|---|---|

**28. Tax refunds owed to you**

☐ No.

■ Yes.    Describe.....

| Expected 2014 federal income tax refund. Under IRS review. | $4,100 |

$ _____ 4,100.00

**29. Family support**

Examples: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No.

☐ Yes.    Describe.....

$ _____ 0.00

**30. Other amounts someone owes you**

Examples: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
Social Security benefits; unpaid loans you made to someone else

■ No.

☐ Yes.    Describe.....

$ _____ 0.00

**31. Interest in insurance policies**
Examples: Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No.
☐ Yes.    Describe.....    Company Name & Beneficiary:

$_____0.00

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No.
☐ Yes.    Describe.....

$_____0.00

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
Examples: Accidents, employment disputes, insurance claims, or rights to sue

☑ No.
☐ Yes.    Describe.....

$_____0.00

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights**

☑ No.
☐ Yes.    Describe.....

$_____0.00

**35. Any financial assets you did not already list**

☑ No.
☐ Yes.    Describe.....

$_____0.00

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached**

for Part 4. Write that number here ................................................................................    -->    | $9,175.00 |

---

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No.
☐ Yes.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions

**38. Accounts receivable or commissions you already earned**

☑ No.
☐ Yes.    Describe.....

$_____0.00

**39. Office equipment, furnishings, and supplies**
Examples: Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No.
☐ Yes.    Describe.....

$_____0.00

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No.
☐ Yes.    Describe.....

$_____0.00

**41. Inventory**

☑ No.
☐ Yes.    Describe.....

$_____0.00

**42. Interests in partnerships or joint ventures**

☑ No.
☐ Yes.    Describe.....    Name of Entity and Percent of Ownership:

$_____0.00

**43. Customer lists, mailing lists, or other compilations**

☑ No.
☐ Yes.    Describe.....

$_____0.00

Case 16-21800    Doc 1    Filed 07/06/16    Entered 07/06/16 15:49:55    Desc Main
Document    Page 14 of 58

44. **Any business-related property you did not already list**

☒ No.

☐ Yes.    Describe.....

$_____0.00

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5.  Write that number here ................................................................................. -->    $ 0.00

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---------|--------------------------------------------------------------------------------------------|
|         | If you own or have an interest in farmland, list it in Part 1.                               |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☒ No.

☐ Yes.    Describe.....

$_____0.00

47. **Farm animals**
Examples: Livestock, poultry, farm-raised fish

☒ No.

☐ Yes.    Describe.....

$_____0.00

48. **Crops—either growing or harvested**

☒ No.

☐ Yes.    Describe.....

$_____0.00

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☒ No.

☐ Yes.    Describe.....

$_____0.00

50. **Farm and fishing supplies, chemicals, and feed**

☒ No.

☐ Yes.    Describe.....

$_____0.00

51. **Any farm- and commercial fishing-related property you did not already list**

☒ No.

☐ Yes.    Describe.....

$_____0.00

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
for Part 6.  Write that number here ................................................................................. -->    $0.00

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---------|----------------------------------------------------------------------------------|

53. **Do you have other property of any kind you did not already list?**
Examples: Season tickets, country club membership

☒ No.

☐ Yes.    Describe.....

$_____0.00

54. Add the dollar value of all of your entries from Part 7.  Write that number here ................................................... -->    $0.00

| Part 8: | List the Totals of Each Part of this Form | | |
|---|---|---|---|
| 55. **Part 1: Total real estate, line 2** | | | $ 0.00 |
| 56. **Part 2: Total vehicles, line 5** | $ 0.00 | | |
| 57. **Part 3: Total personal and household items, line 15** | $ 1,920.00 | | |
| 58. **Part 4: Total financial assets, line 36** | $ 9,175.00 | | |
| 59. **Part 5: Total business-related property, line 45** | $ 0.00 | | |
| 60. **Part 6: Total farm- and fishing-related property, line 52** | $ 0.00 | | |
| 61. **Part 7: Total other property not listed, line 54** | $ 0.00 | | |
| 62. **Total personal property.** Add lines 56 through 61. ........................ | $ 11,095.00 | | $ 11,095.00 |
| 63. **Total of all property on Schedule A/B.** Add line 55 + line 62 | | | **$11,095.00** |

**Fill in this information to identify your case:**

Debtor 1    Gisela                                    Espinoza
            First Name              Middle Name              Last Name

Debtor 2    _____
(Spouse, if filing)  First Name         Middle Name              Last Name

United States Bankruptcy Court for the :   __NORTHERN__  District of __ILLINOIS__
                                                          (State)

Case Number _____
(If known)

☐ Check if this is an
  amended filing

## Official Form 106C

## Schedule C: The Property You Claim as Exempt                          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.
Using the property you listed on Schedule A/B: Property (Official Form 106A/B) as your source, list the property that you claim as exempt. If more
space is needed, fill out and attach to this page as many copies of Part 2: Additional Page as necessary. On the top of any additional pages, write
your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to
state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to
the amount of any applicable statutory limit. Some exemptions-such as those for health aids, rights to receive certain benefits, and
tax-exempt retirement funds-may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value
under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount,
your exemption would be limited to the applicable statutory amount.

**Part 1:**    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Furniture, linens, small appliances, table & chairs, bedroom set<br><br>Line from *Schedule A/B*: 06 | $ 750 | ☐ $ _____<br><br>■ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) - $750.00 |
| Brief description: Flat screen TV, computer, printer, music collection, cell phone<br><br>Line from *Schedule A/B*: 07 | $ 900 | ☐ $ _____<br><br>■ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) - $900.00 |
| Brief description: Necessary wearing apparel<br><br>Line from *Schedule A/B*: 11 | $ 200 | ☐ $ _____<br><br>■ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(a),(e) - $200.00 |
| Brief description: Costume jewelry<br><br>Line from *Schedule A/B*: 12 | $ 70 | ☐ $ _____<br><br>■ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) - $70.00 |

Debtor 1    Gisela                              Espinoza                    Case Number *(if known)* _____

    First Name          Middle Name          Last Name

---

**Part 2:**    Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Overland B&I - Funds in Bank of America Checking Account - Frozen by Citation<br><br>Line from *Schedule A/B*: 17 | $ 5,075 | ■ $ 2,280<br><br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) - $2,280.00 |
| Brief description: Expected 2014 federal income tax refund.  Under IRS review.<br><br>Line from *Schedule A/B*: 28 | $ 4,100 | ☐ $<br><br>■ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(g)(1)(2)(3) - $4,100.00 |

3. **Are you claiming a homestead exemption of more than $155,675?**

    (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment .)

    ■ No.

    ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐ No

        ☐ Yes.

---

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Gisela | | Espinoza |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the : __NORTHERN__ District of __ILLINOIS__
                                                                    (State)

Case Number _____
(If known)

☐ Check if this is an
    amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:     List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditors name.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral | Column A<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|

**2.1** Overland Bond & Investment
Creditor's Name
4701 W. Fullerton Ave.
Number        Street

_____
Chicago              IL    60639
City                State  Zip Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a
    community debt

Date Debt was incurred _____

Describe the property that secures the claim:        $ 6,091.00        $ 5,075.00        $ 1,016.00

Overland B&I - Funds in Bank of America Checking
Account - Frozen by Citation

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of Lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured
    car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ____ ____ ____ ____

Add the dollar value of your entries in Column A on this page. Write that number here:        $ 6,091.00

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Gisela                                    Espinoza |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name          Middle Name          Last Name |

United States Bankruptcy Court for the :   NORTHERN   District of   ILLINOIS
(State)

Case Number _____
(if known)

☐ Check if this is an amended filing

# Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                                                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule
A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any
creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is
needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the
top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ■ No. Go to Part 2.

   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For
   each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and
   nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority
   unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

### Part 2:   List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one
   nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already
   included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured
   claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|
| **4.1** | CashNetUSA.com | $ 700.00 |

| | |
|---|---|
| Creditor's Name | Last 4 digits of account number ____ ____ ____ ____ |
| 200 W. Jackson Blvd. #1400 | |
| Number          Street | When was the debt incurred?          _____ |
| | |
| | **As of the date you file, the claim is:** Check all that apply. |
| Chicago          IL     60606 | ☐ Contingent |
| City          State   Zip Code | ☐ Unliquidated |
| **Who owes the debt?** Check one. | ☐ Disputed |
| ■ Debtor 1 only | |
| ☐ Debtor 2 only | **Type of NONPRIORITY unsecured claim:** |
| ☐ Debtor 1 and Debtor 2 only | ☐ Student loans |
| ☐ At least one of the debtors and another | ☐ Obligations arising out of a separation agreement or divorce |
| ☐ **Check if this claim relates to a community debt** | that you did not report as priority claims |
| **Is the claim subject to offset?** | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ■ No | |
| ☐ Yes | ■ Other. Specify   PayDay Loan |

Debtor 1    Gisela                                                          Espinoza                          Case Number (if known) _____
     First Name              Middle Name              Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.**     **Total Claim**

---

**4.2**   Comcast                                         Last 4 digits of account number ___ 4696 ___ ___          $ 302.00
   Creditor's Name
800 Sw 39Th St                                            When was the debt incurred?        2013-2014
   Number     Street

                       As of the date you file, the claim is:  Check all that apply.

Renton                    WA   98057                     ☐ Contingent
   City        State   Zip Code             ☐ Unliquidated
**Who owes the debt? Check one.**                        ☐ Disputed
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only                             **Type of NONPRIORITY unsecured claim:**
☐ At least one of the debtors and another                ☐ Student loans
☐ **Check if this claim relates to a**                   ☐ Obligations arising out of a separation agreement or divorce
   **community debt**                            that you did not report as priority claims
**Is the claim subject to offset?**                      ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                                    ■ Other. Specify ___ Collecting for Creditor ___

---

**4.3**   MBB                                             Last 4 digits of account number ___ 0001 ___ ___          $ 247.00
   Creditor's Name
1460 Renaissance Dr                                      When was the debt incurred?        2016-2016
   Number     Street

                       As of the date you file, the claim is:  Check all that apply.

Park Ridge                IL   60068                     ☐ Contingent
   City        State   Zip Code             ☐ Unliquidated
**Who owes the debt? Check one.**                        ☐ Disputed
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only                             **Type of NONPRIORITY unsecured claim:**
☐ At least one of the debtors and another                ☐ Student loans
☐ **Check if this claim relates to a**                   ☐ Obligations arising out of a separation agreement or divorce
   **community debt**                            that you did not report as priority claims
**Is the claim subject to offset?**                      ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                                    ■ Other. Specify ___ Medical Debt ___

---

**4.4**   Santander Consumer USA                         Last 4 digits of account number ___ 1000 ___ ___          $ 15,920.00
   Creditor's Name
Po Box 961245                                            When was the debt incurred?        2013-03-27
   Number     Street

                       As of the date you file, the claim is:  Check all that apply.

Ft Worth                  TX   76161                     ☐ Contingent
   City        State   Zip Code             ☐ Unliquidated
**Who owes the debt? Check one.**                        ☐ Disputed
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only                             **Type of NONPRIORITY unsecured claim:**
☐ At least one of the debtors and another                ☐ Student loans
☐ **Check if this claim relates to a**                   ☐ Obligations arising out of a separation agreement or divorce
   **community debt**                            that you did not report as priority claims
**Is the claim subject to offset?**                      ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                                    ■ Other. Specify ___ Deficiency, Repo'd/Surr'd Auto ___

---

Debtor 1   Gisela _____ Espinoza _____   Case Number (if known) _____

First Name       Middle Name       Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.**                                    Total Claim

---

**4.5**   Sprint _____                 **Last 4 digits of account number**  ___ ___ ___ ___          $ 300.00

Creditor's Name

PO Box 7949 _____              **When was the debt incurred?**        _____

Number       Street

_____                           **As of the date you file, the claim is:** Check all that apply.

Overland Park       KS   66207                ☐ Contingent

City       State   Zip Code                  ☐ Unliquidated

**Who owes the debt?** Check one.            ☐ Disputed

■ Debtor 1 only

☐ Debtor 2 only                              **Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 and Debtor 2 only                 ☐ Student loans

☐ At least one of the debtors and another    ☐ Obligations arising out of a separation agreement or divorce

☐ **Check if this claim relates to a**           that you did not report as priority claims

**community debt**                           ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No                                         ■ Other. Specify   Utility Bills/Cellular Service _____

☐ Yes

---

**4.6**   Tmobile _____              **Last 4 digits of account number**  ___ 5332 ___          $ 1,328.00

Creditor's Name

8014 Bayberry Rd _____          **When was the debt incurred?**        2014-2014

Number       Street

_____                           **As of the date you file, the claim is:** Check all that apply.

Jacksonville       FL   32256                ☐ Contingent

City       State   Zip Code                  ☐ Unliquidated

**Who owes the debt?** Check one.            ☐ Disputed

■ Debtor 1 only

☐ Debtor 2 only                              **Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 and Debtor 2 only                 ☐ Student loans

☐ At least one of the debtors and another    ☐ Obligations arising out of a separation agreement or divorce

☐ **Check if this claim relates to a**           that you did not report as priority claims

**community debt**                           ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No                                         ■ Other. Specify   Collecting for Creditor _____

☐ Yes

---

**4.7**   US Cellular _____          **Last 4 digits of account number**  ___ ___ ___ ___          $ 1,500.00

Creditor's Name

PO Box 7835 _____               **When was the debt incurred?**        _____

Number       Street

_____                           **As of the date you file, the claim is:** Check all that apply.

Madison       WI   53707-7835                ☐ Contingent

City       State   Zip Code                  ☐ Unliquidated

**Who owes the debt?** Check one.            ☐ Disputed

■ Debtor 1 only

☐ Debtor 2 only                              **Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 and Debtor 2 only                 ☐ Student loans

☐ At least one of the debtors and another    ☐ Obligations arising out of a separation agreement or divorce

☐ **Check if this claim relates to a**           that you did not report as priority claims

**community debt**                           ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No                                         ■ Other. Specify   Utility Bills/Cellular Service _____

☐ Yes

Debtor 1   Gisela _____ Espinoza _____   Case Number *(if known)* _____

First Name   Middle Name   Last Name

| | | |
|---|---|---|
| **4.8** | Verizon Wireless | Last 4 digits of account number ____ NULL ____   $ 72.00 |

Creditor's Name

Po Box 49

Number      Street

_____

Lakeland            FL    33802
City                State   Zip Code

**Who owes the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**When was the debt incurred?**      2013-2015

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify ____ Unknown Credit Extension ____

**Part 3:**   **List Others to Be Notified for a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Debtor 1    Gisela _____  Espinoza _____    Case Number *(if known)* _____
First Name          Middle Name          Last Name

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.    **Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
      **Add the amounts for each type of unsecured claim.**

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $_____ 0.00 |
|  | 6b. **Taxes and Certain other debts you owe the government** | 6b. | $_____ 0.00 |
|  | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $_____ 0.00 |
|  | 6d. **Other.**  Add all other priority unsecured claims. Write that amount here. | 6d. | $_____ 0.00 |
|  | 6e. **Total.**  Add lines 6a through 6d. | 6e. | $_____ 0.00 |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $_____ 0.00 |
|  | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $_____ 0.00 |
|  | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $_____ 0.00 |
|  | 6i. **Other.**  Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $_____ 20,369.00 |
|  | 6j. **Total.**  Add lines 6f through 6i. | 6j. | $_____ 20,369.00 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Gisela _____ Espinoza _____ |
| | First Name          Middle Name          Last Name |
| Debtor 2 | _____ |
| (Spouse, if filing) | First Name          Middle Name          Last Name |

United States Bankruptcy Court for the : ___NORTHERN___ District of _ILLINOIS___
(State)

Case Number _____
(If known)

☐ Check if this is an amended filing

## Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ■ **No.** Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☐ **Yes.** Fill in all of the information below even if the contracts or leases are listed in *Schedule A/B: Property* (Official Form 106A/B)

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** _____<br>Name<br><br>_____<br>Number     Street<br><br>_____<br>City                    State   Zip Code | |
| **2.2** _____<br>Name<br><br>_____<br>Number     Street<br><br>_____<br>City                    State   Zip Code | |
| **2.3** _____<br>Name<br><br>_____<br>Number     Street<br><br>_____<br>City                    State   Zip Code | |
| **2.4** _____<br>Name<br><br>_____<br>Number     Street<br><br>_____<br>City                    State   Zip Code | |
| **2.5** _____<br>Name<br><br>_____<br>Number     Street<br><br>_____<br>City                    State   Zip Code | |

**Fill in this information to identify your case:**

Debtor 1 ___Gisela___ ___Espinoza___
First Name          Middle Name          Last Name

Debtor 2 _____
(Spouse, if filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the : ___NORTHERN___ District of ___ILLINOIS___
                                                              (State)

Case Number _____
(If known)

☐ Check if this is an
amended filing

# Official Form 106H

## Schedule H: Your Codebtors                                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ■ No.

   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** *(Community property states and territories include* Arizona, California, Idaho, Lousiiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ■ No. Go to line 3.

   ☐ Yes.  Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☐ No
      ☐ Yes.  Inwhich community state or territory did you live? _____.  Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse or legal equivalent

   _____
   Number      Street

   _____
   City                          State              Zip Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **3.1** _____<br>Name<br><br>_____<br>Number      Street<br><br>_____<br>City          State          Zip Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2** _____<br>Name<br><br>_____<br>Number      Street<br><br>_____<br>City          State          Zip Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.3** _____<br>Name<br><br>_____<br>Number      Street<br><br>_____<br>City          State          Zip Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Gisela _____ Espinoza _____ |
| | First Name          Middle Name          Last Name |
| Debtor 2 | _____ |
| (Spouse, if filing) | First Name          Middle Name          Last Name |

United States Bankruptcy Court for the : ___NORTHERN DISTRICT OF ILLINOIS___

Case Number _____
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing post-petition
   chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

1. Fill in your employment information

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may Include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | | **Supervisor** | |
| Employers name | | **Aramark** | |
| Employers address | | **1101 Market Dtreet** | |
| | | **Philadelphia, PA 19107** | , |
| How long employed there? | | **3.5 years** | |

| Part 2: | Give Details About Monthly Income |
|---|---|

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $3,562.50 | $0.00 |
| 3. | **Estimate and list monthly overtime pay.** | $0.00 | $0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | **$3,562.50** | **$0.00** |

Debtor 1 ___Gisela_____ _____ ___Espinoza_____   Case Number *(if known)* _____

| | First Name | Middle Name | Last Name | | |
|---|---|---|---|---|---|

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Copy line 4 here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 4. | $3,562.50 | $0.00 |
| **5.** List all payroll deductions: | | | | |
| 5a. **Tax, Medicare, and Social Security deductions** | | 5a. | $584.00 | $0.00 |
| 5b. **Mandatory contributions for retirement plans** | | 5b. | $0.00 | $0.00 |
| 5c. **Voluntary contributions for retirement plans** | | 5c. | $0.00 | $0.00 |
| 5d. **Required repayments of retirement fund loans** | | 5d. | $0.00 | $0.00 |
| 5e. **Insurance** | | 5e. | $0.00 | $0.00 |
| 5f. **Domestic support obligations** | | 5f. | $0.00 | $0.00 |
| 5g. **Union dues** | | 5g. | $61.27 | $0.00 |
| 5h. **Other deductions.** Specify: _____ | | 5h. | $0.00 | $0.00 |
| **6. Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | | 6. | $645.28 | $0.00 |
| **7. Calculate total monthly take-home pay.** Subtract line 6 from line 4. | | 7. | $2,917.22 | $0.00 |
| **8.** List all other income regularly received: | | | | |
| 8a. **Net income from rental property and from operating a business, profession, or farm** | | | | |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | 8a. | $0.00 | $0.00 |
| 8b. **Interest and dividends** | | 8b. | $0.00 | $0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | | 8c. | $ 563.33 | $ 0.00 |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | | |
| 8d. **Unemployment compensation** | | 8d. | $0.00 | $0.00 |
| 8e. **Social Security** | | 8e. | $0.00 | $0.00 |
| 8f. **Other government assistance that you regularly receive** | | 8f. | $0.00 | $0.00 |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | | | | |
| 8g. **Pension or retirement income** | | 8g. | $0.00 | $0.00 |
| 8h. **Other monthly income.** Specify: _____ | | 8h. | $0.00 | $0.00 |
| **9. Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | | 9. | $563.33 | $0.00 |
| **10. Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | | 10. | $3,480.55 + | $0.00 = | $3,480.55 |

11. State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____   11. _____ $0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies   12. $3,480.55

13. **Do you expect an increase or decrease within the year after you file this form?**

[x] No.

[ ] Yes. Explain: _____

**Fill in this information to identify your case:**

Debtor 1    Gisela                                     Espinoza
            First Name          Middle Name            Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name          Last Name

United States Bankruptcy Court for the :  __NORTHERN DISTRICT OF ILLINOIS__

Case Number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13
   income as of the following date:

   _____
   MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2
   maintains a separate household.

## Official Form 106J

# Schedule J: Your Expenses

12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If
more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every
question.

| Part 1: | Describe Your Household |
|---|---|

**1. Is this a joint case?**

[X] No. Go to line 2.

[ ] Yes. **Does Debtor 2 live in a separate household?**

   [ ] No.
   [ ] Yes. Debtor 2 must file a separate Schedule J.

**2. Do you have dependents?**    [ ] No

Do not list Debtor 1 and     [X] Yes. Fill out this information for
Debtor 2.                         each dependent...........................

Do not state the dependents'
names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 20 | [ ] No  [X] Yes |
| Daughter | 17 | [ ] No  [X] Yes |
| Daughter | 16 | [ ] No  [X] Yes |
| Son | 14 | [ ] No  [X] Yes |
| Granddaughter, age 3; C | 0 | [ ] No  [X] Yes |

**3. Do your expenses include expenses of people other than yourself and your dependents?**    [X] No   [ ] Yes

| Part 2: | Estimate Your Ongoing Monthly Expenses |
|---|---|

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report
expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in
the applicable date.

Include expenses paid for with non-cash government assistance if you know the value
of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  |  | **Your expenses** |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $600.00 |

If not included in line 4:

| 4a. | Real estate taxes | 4a. | $0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | $0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | $0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. | $0.00 |

Debtor 1    Gisela _____ Espinoza _____

First Name    Middle Name    Last Name

Case Number *(if known)* _____

| | Your expenses |
|---|---|

5.  **Additional Mortgage payments for your residence**, such as home equity loans    5. _____ $0.00

6.  **Utilities:**

6a.   Electricity, heat, natural gas    6a. _____ $0.00

6b.   Water, sewer, garbage collection    6b. _____ $0.00

6c.   Telephone, cell phone, internet, satellite, and cable service    6c. _____ $415.00

6d.   Other. Specify:_____    6d. $ _____ 0.00

7.  **Food and housekeeping supplies**    7. _____ $975.00

8.  **Childcare and children's education costs**    8. _____ $40.00

9.  **Clothing, laundry, and dry cleaning**    9. _____ $210.00

10.  **Personal care products and services**    10. _____ $140.00

11.  **Medical and dental expenses**    11. _____ $50.00

12.  **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.    12. _____ $467.00

13.  **Entertainment, clubs, recreation, newspapers, magazines, and books**    13. _____ $90.00

14.  **Charitable contributions and religious donations**    14. _____ $0.00

15.  **Insurance.**

Do not include insurance deducted from your pay or included in lines 4 or 20.

15a. Life insurance    15a. _____ $0.00

15b. Health insurance    15b. _____ $0.00

15c. Vehicle insurance    15c. _____ $130.00

15d. Other insurance. Specify:_____    15d. _____ $0.00

16.  **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.

Specify: _____    16. _____ $0.00

17.  **Installment or lease payments:**

17a. Car payments for Vehicle 1    17a. _____ $300.00

17b. Car payments for Vehicle 2    17b. _____ $0.00

17c. Other. Specify:_____    17c. _____ $0.00

17d. Other. Specify:_____    17d. _____ $0.00

18.  **Your payments of alimony, maintenance, and support that you did not report as deducted**

**from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**    18. _____ $0.00

19.  **Other payments you make to support others who do not live with you.**

Specify:_____    19. _____ $0.00

20.  **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

20a. Mortgages on other property    20a. _____ $ 0.00

20b. Real estate taxes    20b. $ _____ 0.00

20c. Property, homeowner's, or renter's insurance    20c. $ _____ 0.00

20d. Maintenance, repair, and upkeep expenses    20d. $ _____ 0.00

20e. Homeowner's association or condominium dues    20e. $ _____ 0.00

Debtor 1    Gisela                                    Espinoza                    Case Number *(if known)* _____

First Name          Middle Name                    Last Name

| | | | | |
|---|---|---|---|---|
| 21. | **Other**. Specify: Pet Care ($45.00), Postage/Bank Fees ($5.00), | | 21. | $50.00 |
| 22.. | **Your monthly expense:** Add lines 4 through 21. | | 22. | $3,467.00 |
| | The result is your monthly expenses. | | | |

23. **Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 (your comibined monthly income) from *Schedule I*. | 23a. | $3,480.55 |
| 23b. | Copy your monthly expenses from line 22 above. | 23b. − | $3,467.00 |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | **$13.55** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

[X] No

[ ] Yes.    Explain Here:

**Fill in this information to identify your case:**

Debtor 1 ___Gisela_____ ___Espinoza___
      First Name      Middle Name      Last Name

Debtor 2 _____
(Spouse, if filing) First Name      Middle Name      Last Name

United States Bankruptcy Court for the : ___NORTHERN___ District of ___ILLINOIS___
      (State)

Case Number _____
(If known)

☐ Check if this is an
amended filing

## Official Form 106 Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of Person _____.    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✖ /s/ Gisela Espinoza_____      ✖ _____
Signature of Debtor 1                         Signature of Debtor 2

Date ___07/05/2016___            Date _____
    MM / DD / YYYY                  MM / DD / YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Gisela | | Espinoza |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the : __NORTHERN__ District of _ILLINOIS_
(State)

Case Number _____
(If known)

☐ Check if this is an amended filing

## Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** **Give Details About Your Marital Status and Where You Lived Before**

01. **What is your current marital status?**

   ■ Married

   ☐ Not married

02. **During the last 3 years, have you lived anywhere other than where you live now?**

   ■ No.

   ☐ Yes. List all of the places you lived in the last 3 years.  Do not include where you live now.

| Debtor 1 | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

03. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory? (Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)**

   ■ No.

   ☐ Yes. Make sure you fill out Schedule H: Your Codebtors (Official Form 106H).

**Part 2:** **Explain the Sources of Your Income**

Debtor 1    Gisela                          Espinoza                          Case Number *(if known)* _____

First Name                Middle Name              Last Name

---

**04  Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No.
☑ Yes. Fill in the details

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply | **Gross income (before deductions and exclusions)** | **Sources of income** Check all that apply | **Gross income (before deductions and exclusions)** |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $21,375 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For last calendar year:** **(January 1 to December 31, 2015)** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $39,554 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:** **(January 1 to December 31, 2014)** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | Approx. $40,000 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

---

**05  Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☑ No.
☐ Yes. Fill in the details

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income (before deductions and exclusions)** | **Sources of income** Describe below. | **Gross income (before deductions and exclusions)** |

---

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

---

Debtor 1 ___Gisela_____Espinoza_____    Case Number (if known) _____

First Name       Middle Name       Last Name

---

**06    Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ **No. Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** Consumer debts are defined in 11 U.S.C. § 101(8) as

"incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,225* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,225* or more in one or more payments and the

total amount you paid that creditor. Do not include payments for domestic support obligations, such as

child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.

■ **Yes. Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

■ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that

creditor. Do not include payments for domestic support obligations, such as child support and

alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Dates of payments | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|
| | | | |

---

**07    Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner;
corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing
agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations,
such as child support and alimony.

■ No.
☐ Yes. List all payments to an insider.

| Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|
| | | | |

---

**08    Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No.
☐ Yes. List all payments to an insider.

| Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|
| | | | |

---

**Part 4:    Identify Legal actions, Repossessions, and Foreclosures**

**09    Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody
modifications, and contract disputes.

☐ No.
■ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Overland Bond & Investment | Debt Collection | Circuit Court of Cook County, Illinois | ■ Pending |
| Corporation VS Gisela Espinoza | | | ☐ On appeal |
| CASE NUMBER#15M1-129056 | | | ☐ Concluded |
| | | | |

---

| Debtor 1 | Gisela | | Espinoza | Case Number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

10  Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?
Check all that apply and fill in the details below.

☒ No. Go to line 11
☐ Yes. Fill in the information below.

11  Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts
or refuse to make a payment because you owed a debt?

☒ No. Go to line 11
☐ Yes. Fill in the information below.

12  Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a
court-appointed receiver, a custodian, or another official?

☒ No.
☐ Yes.

| **Part 5:** | **List Certain Gifts and Contributions** |
|---|---|

13  Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

☒ No.
☐ Yes. Fill in the details for each gift.

14  Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

☒ No.
☐ Yes. Fill in the details for each gift.

| **Part 6:** | **List Certain Losses** |
|---|---|

15  Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or
gambling?

☒ No.
☐ Yes. Fill in the details for each gift.

| **Part 7:** | **List Certain Payments or Transfers** |
|---|---|

16  Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted
about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No.
☒ Yes. Fill in the details

| Party Contact Info | Description and value of any property transferred | Date payment or transfer | Amount of payment |
|---|---|---|---|
| Geraci Law L.L.C. | | | Payment/Value: |
| 55 E. Monroe Street #3400 | | | $2,595.00: $1,165.00 |
| Chicago,IL 60603 | | | paid prior to filing, |
| | | | balance to be paid |
| | | | after case filing. |

| Debtor 1 | Gisela | | Espinoza | | Case Number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Party Contact Info | Description and value of any property transferred | Date payment or transfer | Amount of payment |
|---|---|---|---|
| Hananwill Credit Counseling<br><br>115 N. Cross St.<br><br>Robinson, IL 62454<br><br>_____ | Credit Counseling Services | 2016 | $25.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☒ No.
☐ Yes. Fill in the details.

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☒ No.
☐ Yes. Fill in the details for each gift.

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called asset-protection devices.)**

☒ No.
☐ Yes. Fill in the details for each gift.

| **Part 8:** | **List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units** |
|---|---|

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☒ No.
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☒ No.
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☒ No.
☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|

| **Part 9:** | **Identify Property You Hold or Control for Someone Else** |
|---|---|

Debtor 1   Gisela                                   Espinoza                          Case Number (if known) _____

First Name        Middle Name        Last Name

---

**23.** Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☐ No.

■ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Efren Vazquez | Debtor's possession | Debtor drives and pays for Mr. Vazquez's vehicle. | Financed |
| 5711 S. California | | | |
| Chicago, IL 60629 | | | |

---

| **Part 10:** | Give Details About Environmental Information |
|---|---|

**For the purpose of Part 10, the following definitions apply:**

▪ **Environmental law** means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

▪ **Site** means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

▪ **Hazardous material** means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24.** Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

■ No.

☐ Yes. Fill in the details.

| Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|
| | | |

**25.** Have you notified any governmental unit of any release of hazardous material?

■ No.

☐ Yes. Fill in the details.

| Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|
| | | |

**26.** Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ No.

☐ Yes. Fill in the details.

| Court or agency | Nature of the case | Status of the case |
|---|---|---|
| | | |

---

| **Part 11:** | Give Details About Your Business or Connections to Any Business |
|---|---|

**27.** Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

■ No. None of the above applies.  Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

---

Debtor 1    Gisela                                      Espinoza                      Case Number (if known) _____
            First Name        Middle Name              Last Name

**28    Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ No.

☐ Yes. Fill in the details.

| Date issued |
| --- |

| Part 12: | Sign Below |
| --- | --- |

I have read the answers on this Statement of Financial Affairs and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗  /s/ Gisela  Espinoza                              ✗  _____
Signature of Debtor 1                                Signature of Debtor 2

Date  07/05/2016                                     Date  _____
      MM / DD / YYYY                                       MM / DD / YYYY

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**

■ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

Fill in this information to identify your case:

| Debtor 1 | Gisela | | Espinoza |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the : __NORTHERN DISTRICT OF ILLINOIS EASTERN__
__DIVISION__   District of __ILLINOIS__

(State)

☐ Check if this is an
amended filing

Official Form 108

## Statement of Intention for Individuals Filing Under Chapter 7

12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors,**

**whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information.**

**Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,**

**write your name and case number (if known).**

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Overland Bond & Investment**<br><br>Description of property securing debt: Overland B&I - Funds in Bank of America Checking Account - Frozen by Citation | ☐ Surrender the property<br>☐ Retain the property and redeem it<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☑ Yes |
| Creditor's name: _____<br><br>Description of property securing debt: | ☐ Surrender the property<br>☐ Retain the property and redeem it<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |
| Creditor's name: _____<br><br>Description of property securing debt: | ☐ Surrender the property<br>☐ Retain the property and redeem it<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |
| Creditor's name: _____<br><br>Description of property securing debt: | ☐ Surrender the property<br>☐ Retain the property and redeem it<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |

| **Part 2:** | **List Your Unexpired Personal Property Leases** |
|---|---|

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: _____<br><br>Description of leased property: | ☐ No<br>☐ Yes |
| Lessor's name: _____<br><br>Description of leased property: | ☐ No<br>☐ Yes |
| Lessor's name: _____<br><br>Description of leased property: | ☐ No<br>☐ Yes |
| Lessor's name: _____<br><br>Description of leased property: | ☐ No<br>☐ Yes |
| Lessor's name: _____<br><br>Description of leased property: | ☐ No<br>☐ Yes |
| Lessor's name: _____<br><br>Description of leased property: | ☐ No<br>☐ Yes |
| Lessor's name: _____<br><br>Description of leased property: | ☐ No<br>☐ Yes |

| **Part 3:** | **Sign Below** |
|---|---|

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

✗ /s/ Gisela  Espinoza _____      ✗ _____
    Signature of Debtor 1                        Signature of Debtor 2

Date Dated: 07/05/2016 _____        Date _____
     MM / DD / YYYY                        MM / DD / YYYY

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

## NORTHERN DISTRICT OF ILLINOIS EASTERN  DIVISION

**In re**

**Gisela  Espinoza  / Debtor**                                                   Case No:

                                                                Chapter:    **Chapter 7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

**1.**    Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and  that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|   |   |
|---|---|
| For legal services, I have agreed to accept | **$2,595.00** |
| Prior to the filing of this statement I have received | **$1,165.00** |
| Balance Due | **$1,430.00** |

**2.**    The source of the compensation paid to me was:

☒  Debtor(s)        ☐  Other: (specify

**3.**    The source of compensation to be paid to me is:

☒  Debtor(s)        ☐  Other: (specify

**4.**    ☒  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐        I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

**6.**    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

Fee does **NOT**  include  missed  meeting  or  court  dates,  amendments  to  schedules,  adversary  complaints  or  conversions  to  another chapter, judicial lien avoidances, dischargeability actions, other contested matters except the first meeting of creditors.

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to
me for representation of the debtor(s) in this bankruptcy proceedings.

Date:  07/06/2016                            **/s/ David Derrick Lugardo**

*Date*                                         *Signature of Attorney*

Geraci Law L.L.C.

*Name of law firm*

---

**Record #**     713253                                                                            **Page 1 of 1**

Geraci Law L.L.C.
National Headquarters: 55 E. Monroe Street #3400 Chicago, IL 60603   312.332.1800   help@geracilaw.com

Date: **6/30/2016**   Consultation Attorney: **DDL**   Record #: **713-253**

### Chapter 7 Retainer Agreement

The undersigned hires Geraci Law L.L.C. and its associated attorneys for representation in a Chapter 7 bankruptcy under the following terms and conditions:

Attorney fees for the Chapter 7 bankruptcy are $ ~~2595~~ .   **Flat Fee:** We quoted you a flat fee: no ups or extras except if something else happens, see #2. The advantage to you is that you know what your cost is. We are pretty good at estimating work, so you are never over-charged, and will get a refund of payments if we don't earn our flat fee. You may ask instead to pay us at an hourly rate of up to $350/hr. but we usually find that will cost you more. It's up to you. Payments become ours and are not held in trust for later billing. Payments before filing are applied to work done before filing. After filing in court we apply your payments only to costs advanced and work done after filing. **Non-Payment before filing** - We may close the case - I will be charged only for work done to date. Court Costs may be applied to fees if case is discontinued and I give permission to transfer court costs from Trust Account to pay fees. **Fees after Filing of case in court:** If you have not paid post-filing fees & costs already: after filing, we'll send you a written voluntary agreement to pay post filing fee and costs advanced We will not accept payment of unpaid balance after this case is filed, unless you want to agree to pay us, or the Court enters a fee order.   **Not Included in Fee:** Missed court dates, amendments ($100 minimum), audits, work on asset cases, examinations in addition to meeting of creditors, contested matters, motions, objections to discharge (up to $350/hr minimum 8hrs in advance), adversary complaints, or other matters except the first meeting of creditors and reaffirmations.

This amount does NOT INCLUDE court filing fees of $335, or costs for credit counseling or financial management classes. This fee is based on the anticipated amount of work required to complete my case, and upon the information I have provided to date. If any information is incomplete or incorrect, the advice or Chapter may have to change, and this fee may have to be adjusted. This fee includes all work in the representation of my normal Chapter 7, including preparation of my bankruptcy petition, schedules and other documents, first 341 meeting, reaffirmations, normal correspondence with my creditors and myself, but does NOT include excessive work caused by you, missed 341 meetings, reopening the case, amendments to schedules, work on audits or asset cases, objections to exemptions, conversion to another chapter, evidentiary hearings, other contested matters or motions, or adversary proceedings, because these cannot be predicted in setting a flat fee. For work done on these matters, we bill between $275/hr and $450/hr for attorney time, based on the attorney doing the work, and $85 to $125/hr paralegal time. I agree that more than one attorney and paralegal will work on my case.

Fees are "flat fees" and "advance payment retainers" for pre-filing work, become property of this firm on payment, and are deposited into the firm's operating account. So do other payments. If this contract is terminated by either party prior to the filing of the case, the firm will refund unearned fees based on the above rates with an accounting, and on request, submit any dispute to binding arbitration within 30 days. If I close my file or breach this contract I agree to pay for the work done to that time. I assign to my attorney all amounts tendered as filing fees or court costs and authorize my attorney to transfer said funds from his trust account to his operating account in payment of all outstanding fees owed by me if case is not filed.

I understand that bankruptcy laws only allow me to protect a certain amount of my property, and if I have any unprotected property, I understand my Chapter 7 Trustee can sell it if I do not or cannot buy out the Trustee's interest and that the U.S. Trustee may object to my filing a Chapter 7 if they believe I have excess income and should be filing a Chapter 13.

I agree to fully cooperate with my attorneys and provide all information requested at any point during the case. I understand that if I do not fully cooperate or provide complete and accurate information, my attorneys may withdraw from representation of me, with the permission of the Court.

If I have secured debts that I wish to retain (mortgages, financed vehicles or other financed property) that I may be required to sign a reaffirmation agreement with the creditor in order to keep the property, and I must remain current on my payments. Many mortgage and car companies refuse to reaffirm the debt but we have found that if you keep up your payments you keep the property anyway.

**Debts not discharged** if they not paid in full: student loans; educational debts & tuition; most tax debts: unfiled, trust fund or late filed tax; undisclosed debts; support/maintenance debts; fines, debts incurred by fraud, or after the case is filed, future condo/HOA dues, or debts listed in your red or green folder as usually not discharged, or found non-dischargeable by a Judge.

**Representation limited to Bankruptcy Court** We don't represent you in state court, or loan modifications or similar matters.

I cannot transfer any property or incur any credit or debt without the express permission of my attorney or the Court and I must make full disclosure of all income, expenses, debts and assets in my initial consultation and on my bankruptcy petition.

I understand that if I fail to take my financial management class after filing but before discharge, my case may be closed without a discharge, and I will be required to pay fees and costs to have it reopened. I have received the 11 U.S.C § 527(a) disclosures.

Dated: 6/30/16

X _____   X _____
Gisela Espinoza (Debtor)   (Joint Debtor)

X _____
Attorney for the Debtor(s), Representing Geraci Law L.L.C. *rev 160620*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS EASTERN  DIVISION

In re

**Gisela  Espinoza / Debtor**

Bankruptcy Docket #:

Judge:

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

**Dated: 07/05/2016**

/s/ Gisela  Espinoza
_____

Gisela  Espinoza

X Date & Sign

* Joint debtors must provide information for both spouses.  Penalty for making a false statement or concealing property:  Fine
up to $500,000 or up to 5 years imprisonment or both.  18 U.S.C. 152 and 3571.

Record #    713253

B 1D (Official Form 1, Exh.D)(12/08)      Page 1 of 1

B 201A (Form 201A) (11/11)                    In re  Gisela  Espinoza  / Debtor

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts:  (1) Describes briefly the services available from credit counseling services;  (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described.  Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition.  Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly- addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis**.  The briefing must be given within 180 days  **before**  the bankruptcy filing.  The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator.  The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.**  The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7:  Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total fee $335

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7.  If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code.  It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law.  A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are

Form B 201A, Notice to Consumer Debtor(s)                   In re Gisela Espinoza / Debtor                                          Page 2

found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.  Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total fee $310)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings.  The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11:  Reorganization ($1,167 filing fee, $550 administrative fee: Total fee $1,717)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total fee $275)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The

Dated: 07/05/2016                   **/s/ Gisela  Espinoza**
                                    _____
                                         **Gisela  Espinoza**

Dated: 07/06/2016                   **/s/ David Derrick Lugardo**
                                    _____
                                    **Attorney: David Derrick Lugardo**

**aramark**

## Earnings Statement

ARAMARK FACILITY SERVICES,LLC
1101 MARKET STREET
PHILADELPHIA   PA 19107

Page 001 of 001
Period Beg/End:   06/04/2016 - 06/17/2016
Advice Date:      06/23/2016
Advice Number:    505158555
Batch Number:     201606202225
ProfitCenter:     000006786

| TAX DATA | STATUS | ALLOW | ADDLAMT |
|----------|--------|-------|---------|
| FED      | SINGLE | 05    | 0       |
| IL ST    | SINGLE | 05    | 0       |

GISELA  ESPINOZA
5711 S. CALIFORNIA
CHICAGO              IL 60629

| Earnings | Rate | Hours | This Period | Year-to-Date |
|----------|------|-------|-------------|--------------|
| REGULAR  | 14.65 | 80.00 | 1172.00 | 14025.62 |
| OTIME 1  | 21.98 | 20.94 | 460.16  | 6177.39  |
| VACATION |      |       |         | 351.60   |
| HOLIDAY  |      |       |         | 586.00   |
| PERSONAL |      |       |         | 234.40   |

| Other Deductions | This Period | Year-to-Date |
|------------------|-------------|--------------|
| UNION DUES1      |             | 367.68       |
| CHECKNG2         | 1364.60     | 17487.43     |

**Tax Deductions**

| | This Period | Year-to-Date |
|---|---|---|
| FED TAX | 97.18  | 1286.88 |
| OASDI   | 101.19 | 1325.25 |
| HI      | 23.67  | 309.94  |
| IL SIT  | 45.52  | 597.83  |

**Summary**

| | This Period | Year-to-Date |
|---|---|---|
| GROSS PAY          | 1632.16 | 21375.01 |
| TOTAL TAXES        | 267.56  | 3519.90  |
| TOTAL DEDUCTIONS   | .00     | 367.68   |
| NET PAY            | 1364.60 | 17487.43 |
| TOT HRS WRKD       | 100.94  |          |
| AVERAGE HOURLY RATE |        |          |
| WEEK 1             | 14.64   |          |
| WEEK 2             | 14.64   |          |

QUESTIONS: PAYMENT SERVICES CONTACT CENTER
PHONE: 800-729-5432  M-F 8-6 EST
EMAIL: PAYMENTSERVICES@ARAMARK.COM

© 2002 Automatic Data Processing (PCDUP00)

---

**aramark**   ARAMARK FACILITY SERVICES,LLC
1101 MARKET STREET
PHILADELPHIA,   PA 19107

Advice  Number:      505158555

Advice  Date:        06/23/2016

**Deposited to the account of**

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| GISELA  ESPINOZA | CHECKING XXXXXXXX3272 | 071103619 | 1364.60 |

THIS IS NOT A CHECK

# aramark

**Earnings   Statement**

ARAMARK  FACILITY  SERVICES,LLC
1101  MARKET  STREET
PHILADELPHIA    PA  19107

| | | | |
|---|---|---|---|
| Period Beg/End: | 05/21/2016 - 06/03/2016 | | Page 001 of 001 |
| Advice Date: | 06/09/2016 | | |
| Advice Number: | 505072688 | | |
| Batch Number: | 201606062225 | | |
| ProfitCenter: | 000006786 | | |

| TAX DATA | STATUS | ALLOW | ADDLAMT |
|---|---|---|---|
| FED | SINGLE | 05 | 0 |
| IL ST | SINGLE | 05 | 0 |

GISELA  ESPINOZA
5711  S.  CALIFORNIA
CHICAGO                     IL  60629

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| REGULAR | 14.65 | 61.38 | 899.22 | 12853.62 |
| OTIME 1 | 21.98 | 8.95 | 196.68 | 5717.23 |
| VACATION | 14.65 | 8.00 | 117.20 | 351.60 |
| HOLIDAY | 14.65 | 8.00 | 117.20 | 586.00 |
| PERSONAL | | | | 234.40 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| UNION DUES1 | 61.28 | 367.68 |
| CHECKNG2 | 1081.15 | 16122.83 |

| Tax Deductions | | |
|---|---|---|
| FED TAX | 51.90 | 1189.70 |
| OASDI | 82.48 | 1224.06 |
| HI | 19.29 | 286.27 |
| IL SIT | 34.20 | 552.31 |

| Summary | | |
|---|---|---|
| GROSS PAY | 1330.30 | 19742.85 |
| TOTAL TAXES | 187.87 | 3252.34 |
| TOTAL DEDUCTIONS | 61.28 | 367.68 |
| NET PAY | 1081.15 | 16122.83 |
| TOT HRS WRKD | 70.33 | |
| AVERAGE HOURLY RATE | | |
| WEEK 1 | .00 | |
| WEEK 2 | 14.64 | |

QUESTIONS:  PAYMENT  SERVICES  CONTACT  CENTER
PHONE:  800-729-5432  M-F  8-6  EST
EMAIL:  PAYMENTSERVICES@ARAMARK.COM

© 2002 Automatic Data Processing (PCDP/00)

# aramark

**ARAMARK  FACILITY  SERVICES,LLC**
**1101  MARKET  STREET**
**PHILADELPHIA,    PA  19107**

| Advice  Number: | 505072688 |
|---|---|
| Advice  Date: | 06/09/2016 |

THIS IS NOT A CHECK

## Deposited  to  the  account  of

| GISELA  ESPINOZA | Account Number | Transit  ABA | Amount |
|---|---|---|---|
| | CHECKING  XXXXXXXX3272 | 071103619 | 1081.15 |

**aramark** ✈

ARAMARK  FACILITY  SERVICES,LLC
1101  MARKET  STREET
PHILADELPHIA   PA  19107

Page  001 of 001
Period Beg/End:    05/07/2016 - 05/20/2016
Advice Date:       05/26/2016
Advice Number:     504986059
Batch Number:      201605232233
ProfitCenter:      000006786

| TAX DATA | STATUS | ALLOW | ADDLAMT |
|----------|--------|-------|---------|
| FED      | SINGLE | 05    | 0       |
| IL ST    | SINGLE | 05    | 0       |

GISELA  ESPINOZA
5711  S.  CALIFORNIA
CHICAGO            IL  60629

| Earnings | Rate | Hours | This Period | Year-to-Date |
|----------|------|-------|-------------|--------------|
| REGULAR  | 14.65 | 72.00 | 1054.80 | 11954.40 |
| OTIME 1  | 21.98 | 26.35 | 579.04  | 5520.55  |
| VACATION |       |       |         | 234.40   |
| HOLIDAY  |       |       |         | 468.80   |
| PERSONAL | 14.65 | 8.00  | 117.20  | 234.40   |

| Other Deductions | This Period | Year-to-Date |
|------------------|-------------|--------------|
| UNION DUES1      |             | 306.40       |
| CHECKNG2         | 1452.09     | 15041.68     |

**Tax Deductions**

| | This Period | Year-to-Date |
|---|---|---|
| FED TAX | 115.01 | 1137.80 |
| OASDI   | 108.57 | 1141.58 |
| HI      | 25.39  | 266.98  |
| IL SIT  | 49.98  | 518.11  |

**Summary**

| | This Period | Year-to-Date |
|---|---|---|
| GROSS PAY | 1751.04 | 18412.55 |
| TOTAL TAXES | 298.95 | 3064.47 |
| TOTAL DEDUCTIONS | .00 | 306.40 |
| NET PAY | 1452.09 | 15041.68 |
| TOT HRS WRKD | | 98.35 |
| AVERAGE HOURLY RATE | | |
| WEEK 1 | | 14.64 |
| WEEK 2 | | 14.64 |

QUESTIONS:  PAYMENT  SERVICES  CONTACT  CENTER
PHONE:  800-729-5432  M-F 8-6 EST
EMAIL:  PAYMENTSERVICES@ARAMARK.COM

® 2002 Automatic Data Processing (PCSDVD)

**aramark** ✈   ARAMARK  FACILITY  SERVICES,LLC
1101  MARKET  STREET
PHILADELPHIA,   PA  19107

Advice  Number:        504986059

Advice  Date:          05/26/2016

THIS IS NOT A CHECK

**Deposited  to  the  account  of**          **Account Number**   **Transit  ABA**   **Amount**
GISELA  ESPINOZA                          CHECKING  XXXXXXXX3272    071103619          1452.09

**aramark**

**Earnings   Statement**

| CO    FILE #        | 000 | 000 | 000 |
|---|---|---|---|
| DRJ   301480702 | | | |

ARAMARK   FACILITY   SERVICES,LLC
1101 MARKET   STREET
PHILADELPHIA   PA 19107

Page  001 of 001
Period Beg/End:   04/23/2016 - 05/06/2016
Advice Date:      05/12/2016
Advice Number:    504889756
Batch Number:     201605092234
ProfitCenter:     000006786

| TAX DATA | STATUS | ALLOW | ADDLAMT |
|---|---|---|---|
| FED | SINGLE | 05 | 0 |
| IL ST | SINGLE | 05 | 0 |

GISELA   ESPINOZA
5711 S.  CALIFORNIA
CHICAGO              IL  60629

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| REGULAR | 14.65 | 80.00 | 1172.00 | 10899.60 |
| OTIME 1 | 21.98 | 24.27 | 533.33 | 4941.51 |
| VACATION | | | | 234.40 |
| HOLIDAY | | | | 468.80 |
| PERSONAL | | | | 117.20 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| UNION DUES1 | 61.28 | 306.40 |
| CHECKNG2 | 1357.17 | 13589.59 |

**Tax Deductions**

| | This Period | Year-to-Date |
|---|---|---|
| FED TAX | 108.16 | 1022.79 |
| OASDI | 105.73 | 1033.01 |
| HI | 24.73 | 241.59 |
| IL SIT | 48.26 | 468.13 |

**Summary**

| | This Period | Year-to-Date |
|---|---|---|
| GROSS PAY | 1705.33 | 16661.51 |
| TOTAL TAXES | 286.88 | 2765.52 |
| TOTAL DEDUCTIONS | 61.28 | 306.40 |
| NET PAY | 1357.17 | 13589.59 |
| TOT HRS WRKD | 104.27 | |
| AVERAGE HOURLY RATE | | |
| WEEK 1 | 14.65 | |
| WEEK 2 | 14.64 | |

QUESTIONS:  PAYMENT  SERVICES  CONTACT  CENTER
PHONE:  800-729-5432  M-F 8-6 EST
EMAIL:  PAYMENTSERVICES@ARAMARK.COM

© 2002 AutomaticData Processing (PCSEVO)



**aramark**   ARAMARK   FACILITY   SERVICES,LLC
1101  MARKET  STREET
PHILADELPHIA,   PA  19107

Advice  Number:       504889756

Advice  Date:        05/12/2016

**Deposited  to  the  account  of**

| GISELA   ESPINOZA | Account Number | Transit  ABA | Amount |
|---|---|---|---|
| | CHECKING  XXXXXXXX3272 | 071103619 | 1357.17 |

THIS IS NOT A CHECK



# Earnings Statement

ARAMARK FACILITY SERVICES,LLC
1101 MARKET STREET
PHILADELPHIA    PA 19107

Page 001 of 001
Period Beg/End: 04/09/2016 - 04/22/2016
Advice Date: 04/28/2016
Advice Number: 2504787699
Batch Number: 201604252237
ProfitCenter: 000006786

| TAX DATA | STATUS | ALLOW | ADDLAMT |
|---|---|---|---|
| FED | SINGLE | 05 | 0 |
| IL ST | SINGLE | 05 | 0 |

ESPINOZA,  GISELA
5711 S. CALIFORNIA
CHICAGO          IL 60629

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| REGULAR | 14.65 | 80.00 | 1172.00 | 9727.60 |
| OTIME 1 | 21.98 | 14.60 | 320.84 | 4408.18 |
| VACATION | | | | 234.40 |
| HOLIDAY | | | | 468.80 |
| PERSONAL | | | | 117.20 |

| Other Deductions | | This Period | Year-to-Date |
|---|---|---|---|
| UNION DUES1 | | | 245.12 |
| CHECKNG2 | | 1262.07 | 12232.42 |

| Tax Deductions | | This Period | Year-to-Date |
|---|---|---|---|
| FED TAX | | 76.28 | 914.63 |
| OASDI | | 92.55 | 927.28 |
| HI | | 21.64 | 216.86 |
| IL SIT | | 40.30 | 419.87 |

| Summary | | This Period | Year-to-Date |
|---|---|---|---|
| GROSS PAY | | 1492.84 | 14956.18 |
| TOTAL TAXES | | 230.77 | 2478.64 |
| TOTAL DEDUCTIONS | | .00 | 245.12 |
| NET PAY | | 1262.07 | 12232.42 |
| TOT HRS WRKD | | 94.60 | |
| AVERAGE HOURLY RATE | | | |
| WEEK 1 | | 14.64 | |
| WEEK 2 | | 14.64 | |

QUESTIONS: PAYMENT SERVICES CONTACT CENTER
PHONE: 800-729-5432 M-F 8-6 EST
EMAIL: PAYMENTSERVICES@ARAMARK.COM

© 2002 Automatic Data Processing (PC20/0)

ARAMARK FACILITY SERVICES,LLC
1101 MARKET STREET
PHILADELPHIA    PA 19107

Advice Number: 2504787699
Advice Date: 04/28/2016

THIS IS NOT A CHECK

## Deposited to the account of

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| ESPINOZA,  GISELA | CHECKING  XXXXXXXX3272 | 071103619 | 1262.07 |

# Earnings   Statement



aramark

**ARAMARK  FACILITY  SERVICES,LLC**
1101  MARKET  STREET
PHILADELPHIA    PA  19107

Page  001 of 001
Period Beg/End:      03/26/2016 ~ 04/08/2016
Advice Date:         04/14/2016
Advice Number:       2504685577
Batch Number:        201604112239
ProfitCenter:        000006786

| TAX DATA | STATUS | ALLOW | ADDLAMT |
|----------|--------|-------|---------|
| FED      | SINGLE | 05    | 0       |
| IL ST    | SINGLE | 05    | 0       |

**ESPINOZA,    GISELA**
5711  S.  CALIFORNIA
CHICAGO                  IL  60629

| Earnings | Rate | Hours | This Period | Year-to-Date |
|----------|------|-------|-------------|--------------|
| REGULAR  | 14.65 | 80.00 | 1172.00 | 8555.60 |
| OTIME 1  | 21.98 | 25.98 | 570.91 | 4087.34 |
| VACATION |      |       |         | 234.40 |
| HOLIDAY  |      |       |         | 468.80 |
| PERSONAL |      |       |         | 117.20 |

| Other Deductions | This Period | Year-to-Date |
|------------------|-------------|--------------|
| UNION DUES1      | 61.28       | 245.12       |
| CHECKNG2         | 1384.84     | 10970.35     |

**Tax Deductions**

| | This Period | Year-to-Date |
|---|---|---|
| FED TAX | 113.79 | 838.35 |
| OASDI   | 108.06 | 834.73 |
| HI      | 25.27  | 195.22 |
| IL SIT  | 49.67  | 379.57 |

**Summary**

| | This Period | Year-to-Date |
|---|---|---|
| GROSS PAY          | 1742.91 | 13463.34 |
| TOTAL TAXES        | 296.79  | 2247.87 |
| TOTAL DEDUCTIONS   | 61.28   | 245.12 |
| NET PAY            | 1384.84 | 10970.35 |
| TOT HRS WRKD       | 105.98  |  |
| AVERAGE HOURLY RATE |        |  |
| WEEK 1             |         | 14.64 |
| WEEK 2             |         | 14.64 |

QUESTIONS:  PAYMENT  SERVICES  CONTACT  CENTER
PHONE:  800-729-5432  M-F 8-6 EST
EMAIL:  PAYMENTSERVICES@ARAMARK.COM

© 2007 Automatic Data Processing (PCDP/V)

---

aramark

**ARAMARK  FACILITY  SERVICES,LLC**
1101  MARKET  STREET
PHILADELPHIA    PA  19107

Advice  Number:        2504685577

Advice  Date:          04/14/2016

## Deposited  to  the  account  of

| ESPINOZA,    GISELA | Account Number | Transit  ABA | Amount |
|---|---|---|---|
| | CHECKING  XXXXXXXX3272 | 071103619 | 1384.84 |

THIS IS NOT A CHECK

**aramark**

## Earnings   Statement

ARAMARK   FACILITY   SERVICES,LLC
1101   MARKET   STREET
PHILADELPHIA   PA   19107

Page   001   of   001
Period Beg/End:   03/12/2016 - 03/25/2016
Advice Date:   03/31/2016
Advice Number:   2504587566
Batch Number:   201603282242
ProfitCenter:   000006786

| TAX DATA | STATUS | ALLOW | ADDLAMT |
|---|---|---|---|
| FED | SINGLE | 05 | 0 |
| IL ST | SINGLE | 05 | 0 |

ESPINOZA,   GISELA
5711  S.  CALIFORNIA
CHICAGO           IL  60629

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| REGULAR | 14.65 | 72.00 | 1054.80 | 7383.60 |
| OTIME 1 | 21.98 | 19.92 | 437.74 | 3516.43 |
| VACATION | 14.65 | 8.00 | 117.20 | 234.40 |
| HOLIDAY | | | | 468.80 |
| PERSONAL | | | | 117.20 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| UNION DUES1 | | 183.84 |
| CHECKNG2 | 1348.09 | 9585.51 |

**Tax Deductions**

| | This Period | Year-to-Date |
|---|---|---|
| FED TAX | 93.82 | 724.56 |
| OASDI | 99.81 | 726.67 |
| HI | 23.34 | 169.95 |
| IL SIT | 44.68 | 329.90 |

**Summary**

| | | |
|---|---|---|
| GROSS PAY | 1609.74 | 11720.43 |
| TOTAL TAXES | 261.65 | 1951.08 |
| TOTAL DEDUCTIONS | .00 | 183.84 |
| NET PAY | 1348.09 | 9585.51 |
| TOT HRS WRKD | 91.92 | |
| AVERAGE HOURLY RATE | | |
| WEEK 1 | 14.64 | |
| WEEK 2 | 14.64 | |

QUESTIONS:  PAYMENT  SERVICES  CONTACT  CENTER
PHONE:  800-729-5432  M-F 8-6 EST
EMAIL:  PAYMENTSERVICES@ARAMARK.COM

© 2002 Automatic Data Processing (PCDVD)

**aramark**   ARAMARK   FACILITY   SERVICES,LLC
1101   MARKET   STREET
PHILADELPHIA   PA   19107

Advice   Number:   2504587566

Advice   Date:   03/31/2016

**THIS IS NOT A CHECK**

Deposited  to  the  account  of

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| ESPINOZA,   GISELA | CHECKING  XXXXXXXX3272 | 071103619 | 1348.09 |



# Earnings   Statement

ARAMARK   FACILITY   SERVICES,LLC
1101 MARKET   STREET
PHILADELPHIA   PA  19107

Page  001 of 001
Period Beg/End:      02/27/2016 - 03/11/2016
Advice Date:         03/17/2016
Advice Number:       2504491079
Batch Number:        201603142221
ProfitCenter:        000006786

ESPINOZA,   GISELA
5711  S.  CALIFORNIA
CHICAGO             IL  60629

| TAX DATA | STATUS | ALLOW | ADDLAMT |
|----------|--------|-------|---------|
| FED      | SINGLE | 05    | 0       |
| IL ST    | SINGLE | 05    | 0       |

| Earnings | Rate | Hours | This Period | Year-to-Date |
|----------|------|-------|-------------|--------------|
| REGULAR  | 14.65 | 72.00 | 1054.80 | 6328.80 |
| OTIME 1  | 21.98 | 25.53 | 561.02  | 3078.69 |
| VACATION |      |       |         | 117.20  |
| HOLIDAY  |      |       |         | 468.80  |
| PERSONAL | 14.65 | 8.00 | 117.20  | 117.20  |

| Other Deductions | This Period | Year-to-Date |
|------------------|-------------|--------------|
| UNION DUES1 | 61.28 | 183.84 |
| CHECKNG2 | 1377.56 | 8237.42 |

### Tax Deductions

| | This Period | Year-to-Date |
|---|---|---|
| FED TAX | 112.31 | 630.74 |
| OASDI   | 107.44 | 626.86 |
| HI      | 25.13  | 146.61 |
| IL SIT  | 49.30  | 285.22 |

### Summary

| | This Period | Year-to-Date |
|---|---|---|
| GROSS PAY        | 1733.02 | 10110.69 |
| TOTAL TAXES      | 294.18  | 1689.43 |
| TOTAL DEDUCTIONS | 61.28   | 183.84 |
| NET PAY          | 1377.56 | 8237.42 |
| TOT HRS WRKD     | 97.53   |  |
| AVERAGE HOURLY RATE |  |  |
| WEEK 1           | 14.64   |  |
| WEEK 2           | 14.64   |  |

QUESTIONS:  PAYMENT  SERVICES  CONTACT  CENTER
PHONE:  800-729-5432  M-F  8-6  EST
EMAIL:  PAYMENTSERVICES@ARAMARK.COM

© 2002 Automatic Data Processing (ADPSPC)



ARAMARK   FACILITY   SERVICES,LLC
1101 MARKET   STREET
PHILADELPHIA   PA  19107

Advice  Number:     2504491079

Advice  Date:       03/17/2016

## Deposited  to  the  account  of

| | Account Number | Transit  ABA | Amount |
|---|---|---|---|
| ESPINOZA,   GISELA | CHECKING  XXXXXXXX3272 | 071103619 | 1377.56 |



**aramark**

CO    FILE #    DOC
DPR2  0014B0702

# Earnings   Statement

ARAMARK   FACILITY   SERVICES,LLC
1101   MARKET   STREET
PHILADELPHIA   PA   19107

Page  001 of 001
Period Beg/End:      02/13/2016 - 02/26/2016
Advice Date:         03/03/2016
Advice Number:       2504394359
Batch Number:        201602292240
ProfitCenter:        000006786

| TAX DATA | STATUS | ALLOW | ADDLAMT |
|----------|--------|-------|---------|
| FED      | SINGLE | 05    | 0       |
| IL ST    | SINGLE | 05    | 0       |

ESPINOZA,   GISELA
5711  S.  CALIFORNIA
CHICAGO           IL  60629

| Earnings | Rate | Hours | This Period | Year-to-Date |
|----------|------|-------|-------------|--------------|
| REGULAR  | 14.65 | 80.00 | 1172.00 | 5274.00 |
| OTIME 1  | 21.98 | 17.47 | 383.90  | 2517.67 |
| VACATION |      |       |         | 117.20 |
| HOLIDAY  |      |       |         | 468.80 |

| Other Deductions | This Period | Year-to-Date |
|------------------|-------------|--------------|
| UNION DUES1 |          | 122.56  |
| CHECKNG2    | 1308.47  | 6859.86 |

**Tax Deductions**

| | This Period | Year-to-Date |
|---|---|---|
| FED TAX | 85.74 | 518.43 |
| OASDI   | 96.47 | 519.42 |
| HI      | 22.56 | 121.48 |
| IL SIT  | 42.66 | 235.92 |

**Summary**

| | This Period | Year-to-Date |
|---|---|---|
| GROSS PAY | 1555.90 | 8377.67 |
| TOTAL TAXES | 247.43 | 1395.25 |
| TOTAL DEDUCTIONS | .00 | 122.56 |
| NET PAY | 1308.47 | 6859.86 |
| TOT HRS WRKD | 97.47 | |
| AVERAGE HOURLY RATE | | |
| WEEK 1 | 14.64 | |
| WEEK 2 | 14.64 | |

QUESTIONS:  PAYMENT  SERVICES  CONTACT  CENTER
PHONE:  800-729-5432  M-F  8-6  EST
EMAIL:  PAYMENTSERVICES@ARAMARK.COM

© 2002 Automatic Data Processing (PCDSVD)

---

**aramark**   ARAMARK   FACILITY   SERVICES,LLC
1101  MARKET   STREET
PHILADELPHIA   PA  19107

Advice  Number:        2504394359

Advice  Date:          03/03/2016

THIS IS NOT A CHECK

## Deposited  to  the  account  of

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| ESPINOZA,   GISELA | CHECKING  XXXXXXXX3272 | 071103619 | 1308.47 |

# aramark ✦

**Earnings   Statement**

ARAMARK  FACILITY  SERVICES,LLC
1101  MARKET  STREET
PHILADELPHIA   PA  19107

| | |
|---|---|
| | Page  001 of 001 |
| Period Beg/End: | 01/30/2016 - 02/12/2016 |
| Advice Date: | 02/18/2016 |
| Advice Number: | 2504298981 |
| Batch Number: | 201602152256 |
| ProfitCenter: | 000006786 |

| TAX DATA | STATUS | ALLOW | ADDLAMT |
|---|---|---|---|
| FED | SINGLE | 05 | 0 |
| IL ST | SINGLE | 05 | 0 |

ESPINOZA,   GISELA
5711  S.  CALIFORNIA
CHICAGO          IL  60629

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| REGULAR | 14.65 | 72.00 | 1054.80 | 4102.00 |
| OTIME 1 | 21.98 | 22.66 | 497.95 | 2133.77 |
| VACATION | 14.65 | 8.00 | 117.20 | 117.20 |
| HOLIDAY | | | | 468.80 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| UNION DUES1 | 61.28 | 122.56 |
| CHECKNG2 | 1331.12 | 5551.39 |

**Tax Deductions**

| | | |
|---|---|---|
| FED TAX | 102.85 | 432.69 |
| OASDI | 103.54 | 422.95 |
| HI | 24.22 | 98.92 |
| IL SIT | 46.94 | 193.26 |

**Summary**

| | | |
|---|---|---|
| GROSS PAY | 1669.95 | 6821.77 |
| TOTAL TAXES | 277.55 | 1147.82 |
| TOTAL DEDUCTIONS | 61.28 | 122.56 |
| NET PAY | 1331.12 | 5551.39 |
| TOT HRS WRKD | 94.66 | |
| AVERAGE HOURLY RATE | | |
| WEEK 1 | 14.64 | |
| WEEK 2 | 14.64 | |

QUESTIONS: PAYMENT SERVICES CONTACT CENTER
PHONE: 800-729-5432  M-F 8-6 EST
EMAIL: PAYMENTSERVICES@ARAMARK.COM

© 2002 Automatic Data Processing (PC2SV0)

# aramark ✦
**ARAMARK  FACILITY  SERVICES,LLC**
**1101  MARKET  STREET**
**PHILADELPHIA    PA  19107**

| | |
|---|---|
| Advice  Number: | 2504298981 |
| Advice  Date: | 02/18/2016 |

## Deposited  to  the  account  of

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| ESPINOZA,   GISELA | CHECKING  XXXXXXXX3272 | 071103619 | 1331.12 |

THIS IS NOT A CHECK

# aramark

## Earnings   Statement

ARAMARK   FACILITY   SERVICES,LLC
1101   MARKET   STREET
PHILADELPHIA   PA   19107

| | |
|---|---|
| Page  001 of 001 | |
| Period Beg/End: | 01/16/2016 - 01/29/2016 |
| Advice Date: | 02/04/2016 |
| Advice Number: | 2504207308 |
| Batch Number: | 201602020200 |
| ProfitCenter: | 000006786 |

| TAX DATA | STATUS | ALLOW | ADDLAMT |
|---|---|---|---|
| FED | SINGLE | 05 | 0 |
| IL ST | SINGLE | 05 | 0 |

ESPINOZA,   GISELA
5711  S.  CALIFORNIA
CHICAGO           IL  60629

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| REGULAR | 14.65 | 80.00 | 1172.00 | 3047.20 |
| OTIME 1 | 21.98 | 25.75 | 565.86 | 1635.82 |
| HOLIDAY | | | | 468.80 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| UNION DUES1 | | 61.28 |
| CHECKNG2 | 1442.41 | 4220.27 |

**Tax Deductions**

| | This Period | Year-to-Date |
|---|---|---|
| FED TAX | 113.03 | 329.84 |
| OASDI | 107.74 | 319.41 |
| HI | 25.20 | 74.70 |
| IL SIT | 49.48 | 146.32 |

**Summary**

| | This Period | Year-to-Date |
|---|---|---|
| GROSS PAY | 1737.86 | 5151.82 |
| TOTAL TAXES | 295.45 | 870.27 |
| TOTAL DEDUCTIONS | .00 | 61.28 |
| NET PAY | 1442.41 | 4220.27 |
| TOT HRS WRKD | 105.75 | |
| AVERAGE HOURLY RATE | | |
| WEEK 1 | 14.64 | |
| WEEK 2 | 14.64 | |

QUESTIONS:  PAYMENT  SERVICES  CONTACT  CENTER
PHONE:  800-729-5432  M-F  8-6  EST
EMAIL:  PAYMENTSERVICES@ARAMARK.COM

© 2002 Automatic Data Processing (PCDEVL)

---

# aramark

ARAMARK   FACILITY   SERVICES,LLC
1101   MARKET   STREET
PHILADELPHIA   PA   19107

| | |
|---|---|
| Advice  Number: | 2504207308 |
| Advice  Date: | 02/04/2016 |



**Deposited  to  the  account  of**

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| ESPINOZA,   GISELA | CHECKING  XXXXXXXX3272 | 071103619 | 1442.41 |



**Earnings    Statement**

ARAMARK  FACILITY  SERVICES,LLC
1101  MARKET  STREET
PHILADELPHIA    PA  19107

Page  001 of 001
Period Beg/End:    01/02/2016 - 01/15/2016
Advice Date:      01/21/2016
Advice Number:    2504115793
Batch Number:     201601192311
ProfitCenter:     000006786

| TAX DATA | STATUS | ALLOW | ADDLAMT |
|---|---|---|---|
| FED | SINGLE | 05 | 0 |
| IL ST | SINGLE | 05 | 0 |

ESPINOZA,   GISELA
5711  S.  CALIFORNIA
CHICAGO                 IL  60629

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| REGULAR | 14.65 | 80.00 | 1172.00 | 1875.20 |
| OTIME 1 | 21.98 | 38.25 | 840.54 | 1069.96 |
| HOLIDAY | | | | 468.80 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| UNION DUES1 | 61.28 | 61.28 |
| CHECKNG2 | 1583.27 | 2777.86 |

**Tax Deductions**

| | This Period | Year-to-Date |
|---|---|---|
| FED TAX | 154.24 | 216.81 |
| OASDI | 124.78 | 211.67 |
| HI | 29.18 | 49.50 |
| IL SIT | 59.79 | 96.84 |

**Summary**

| | This Period | Year-to-Date |
|---|---|---|
| GROSS PAY | 2012.54 | 3413.96 |
| TOTAL TAXES | 367.99 | 574.82 |
| TOTAL DEDUCTIONS | 61.28 | 61.28 |
| NET PAY | 1583.27 | 2777.86 |
| TOT HRS WRKD | 118.25 | |
| AVERAGE HOURLY RATE | | |
| WEEK 1 | 14.64 | |
| WEEK 2 | 14.64 | |

QUESTIONS:  PAYMENT  SERVICES  CONTACT  CENTER
PHONE:  800-729-5432  M-F  8-6  EST
EMAIL:  PAYMENTSERVICES@ARAMARK.COM

© 2002 Automatic Data Processing (PCPAY2)

  ARAMARK   FACILITY   SERVICES,LLC
1101  MARKET   STREET
PHILADELPHIA    PA  19107

Advice   Number:        2504115793

Advice   Date:          01/21/2016

**Deposited  to  the  account  of**

ESPINOZA,    GISELA

THIS IS NOT A CHECK

| | Account Number | Transit  ABA | Amount |
|---|---|---|---|
| | CHECKING  XXXXXXXX3272 | 071103619 | 1583.27 |



## Earnings Statement

ARAMARK FACILITY SERVICES,LLC
1101 MARKET STREET
PHILADELPHIA   PA 19107

| | | | |
|---|---|---|---|
| | Page  001 of 001 |
| Period Beg/End: | 12/19/2015 - 01/01/2016 |
| Advice Date: | 01/07/2016 |
| Advice Number: | 2504032139 |
| Batch Number: | 201601042331 |
| ProfitCenter: | 000006786 |

| TAX DATA | STATUS | ALLOW | ADDLAMT |
|---|---|---|---|
| FED | SINGLE | 05 | 0 |
| IL ST | SINGLE | 05 | 0 |

ESPINOZA,  GISELA
5711 S. CALIFORNIA
CHICAGO              IL 60629

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| REGULAR | 14.65 | 48.00 | 703.20 | 703.20 |
| OTIME 1 | 21.98 | 10.44 | 229.42 | 229.42 |
| HOLIDAY | 14.65 | 32.00 | 468.80 | 468.80 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| CHECKNG2 | 1194.59 | 1194.59 |

| Tax Deductions | | |
|---|---|---|
| FED TAX | 62.57 | 62.57 |
| OASDI | 86.89 | 86.89 |
| HI | 20.32 | 20.32 |
| IL SIT | 37.05 | 37.05 |

| Summary | | |
|---|---|---|
| GROSS PAY | 1401.42 | 1401.42 |
| TOTAL TAXES | 206.83 | 206.83 |
| TOTAL DEDUCTIONS | .00 | .00 |
| NET PAY | 1194.59 | 1194.59 |
| TOT HRS WRKD | 58.44 | |
| AVERAGE HOURLY RATE | | |
| WEEK 1 | 14.64 | |
| WEEK 2 | 14.64 | |

QUESTIONS:  PAYMENT  SERVICES  CONTACT  CENTER
PHONE:  800-729-5432  M-F 8-6 EST
EMAIL:  PAYMENTSERVICES@ARAMARK.COM

© 2009 Automatic Data Processing (PZGWVt)

ARAMARK  FACILITY  SERVICES,LLC
1101  MARKET  STREET
PHILADELPHIA   PA 19107

| Advice  Number: | 2504032139 |
|---|---|
| Advice  Date: | 01/07/2016 |

THIS IS NOT A CHECK

**Deposited to the account of**
ESPINOZA,  GISELA

| | Account Number | Transit  ABA | Amount |
|---|---|---|---|
| CHECKING  XXXXXXXX3272 | | 071103619 | 1194.59 |